# ANDREW LAVOOTT BLUESTONE

Attorney At Law
80 Chambers Street   8th Floor
New York, New York 10007
www.blog.bluestonelawfirm.com

ALB @ BluestoneLawFirm.com
**Telephone (212) 791-5600**

September 30, 2022

Hon. Mag. Judge Taryn A. Merkl
United States District Court
Eastern District of New York

By ECF

Re:   *Toussie v. Williams & Connolly, LLP*  et al.
Case No. 20 – cv - 05921

Dear Judge Merkl,

    I send this letter as a status update pursuant to your order of September 9, 2022.  I am unsure whether it is my responsibility or that of Mr. Stern, but in caution, file this letter to state that no attorney has contacted me as new counsel, and no substitution of counsel appears to have been filed.

    Thank you for your consideration of this request.

_____
Andrew Lavoott Bluestone

cc:   Kaufman, Dolowich & Voluck LLP
Joseph Hage Aaronson, LLC
Scheyer & Stern LLC
by Email and ECF

Robert I. Toussie by Email