UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBERT I. TOUSSIE,                                               Case No. 1:20-cv-5921(DG) (TAM)

                      Plaintiff,                                       **NOTICE OF APPEARANCE**

   -against-

WILLIAMS & CONNOLLY, LLP, JOSEPH G.
PETROSINELLI, DAVID A. FORKNER,
JONATHAN E. PAHL, LUPKIN &
ASSOCIATES, PLLC, JONATHAN D. LUPKIN,
and REBECCA C. SMITHWICK,

                      Defendants.
------------------------------------------------------------x

       PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the

Plaintiff, Robert I. Toussie

Dated: New York, New York
November 11, 2022

                                         Respectfully submitted,

                                         *Daniel Abrams*
                                         Law Office of Daniel L. Abrams, PLLC
                                         By:
                                         Daniel L. Abrams (DA 7258)
                                         1250 Broadway, 36th Floor
                                         New York, NY 10001
                                         Tel: (646) 821 4575