

1250 Broadway
36th Floor
New York, NY 10001

June 5, 2023

Hon. Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re: ***Toussie v. Williams & Connolly, LLP et al.***, No. 1:20-cv-05921-DG-TAM (E.D.N.Y.)

Dear Judge Merkl:

      I represent Plaintiff but write this letter jointly with the other parties. The parties have completed the depositions and have also completed fact discovery, with the exception of two open issues. ***First***, the W&C defendants have sought certain limited document discovery from Michael Toussie, a third party witness who is the Plaintiff's brother. I am representing Michael Toussie for purposes of complying with this request, and we expect to produce the requested documents on or before June 16, 2023. ***Second***, the W&C defendants and Plaintiff are preparing a joint letter, pursuant to Rule 3.A of Your Honor's Individual Rules and Practices, concerning a discovery dispute over Mr. Toussie's response to interrogatories served by the W&C defendants on April 17, 2023. The W&C defendants and Plaintiff anticipate that their letter will be submitted to the Court later this week.

                              Respectfully submitted,

                              *Daniel Abrams*
                              Daniel L. Abrams