UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT I. TOUSSIE,

                Plaintiff,

-against-

WILLIAMS & CONNOLLY, LLP,
JOSEPH G. PETROSINELLI,
DAVID A. FORKNER,
JONATHAN E. PAHL,
LUPKIN & ASSOCIATES, PLLC,
JONATHAN D. LUPKIN, and
REBECCA C. SMITHWICK,

                Defendants.

No. 1:20-cv-5921 (RER) (TAM)

NOTICE OF MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration dated May 12, 2025, I hereby move this Court, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order permitting my withdrawal as counsel for Defendants Williams & Connolly, LLP, Joseph G. Petrosinelli, David A. Forkner, and Jonathan E. Pahl in the above-captioned action.

A proposed order granting the motion to withdraw is annexed hereto.

Dated: May 12, 2025.

JOSEPH HAGE AARONSON LLC

      /s/ Benjamin H. Albert

Gregory P. Joseph (GJ-4208)
Rachel M. Cherington (RC-3673)
Benjamin H. Albert (BA-1583)
800 Third Avenue, 30th Floor
New York, New York 10022
Tel. (212) 407-1200

*Counsel for Defendants Williams & Connolly, LLP, Joseph G. Petrosinelli, David A. Forkner, and Jonathan E. Pahl*