UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ROBERT I. TOUSSIE,

                Plaintiff,

-against-

WILLIAMS & CONNOLLY, LLP,
JOSEPH G. PETROSINELLI,
DAVID A. FORKNER,
JONATHAN E. PAHL,
LUPKIN & ASSOCIATES, PLLC,
JONATHAN D. LUPKIN, and
REBECCA C. SMITHWICK,

                Defendants.

No. 1:20-cv-5921 (RER) (TAM)

**DECLARATION OF BENJAMIN H. ALBERT IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

---

I, Benjamin H. Albert, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I submit this Declaration in support of my Motion to Withdraw as Counsel for Defendants Williams & Connolly, LLP, Joseph G. Petrosinelli, David A. Forkner, and Jonathan E. Pahl.

2. I am leaving my position as partner and litigator at the firm of Joseph Hage Aaronson LLC.

3. Williams & Connolly, LLP, Joseph G. Petrosinelli, David A. Forkner, and Jonathan E. Pahl will continue to be represented by their remaining counsel of record. Accordingly, my withdrawal will not cause or result in any delay or prejudice.

4. I am not asserting a retaining or charging lien in connection with this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2025                By: _____*/s/ Benjamin H. Albert*_____